```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/28/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARED CHASSEN *et al.*,

                Plaintiffs,

    -v-

JEFFREY SIMPSON *et al.*,

                Defendants.

**ORDER**

25-CV-2373 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On March 20, 2025, Defendant filed a notice of removal of a case or cases from New York state court. Dkt. No. 1. His initial and subsequent filings on the docket, Dkt. Nos. 1, 3, 4, and 6, do not comport with the requirements of 28 U.S.C. § 1446(a) that the party seeking removal file a "short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action."

    By **April 9, 2025**, Defendant is directed to, for each state court case he is removing, file separately:

- A statement of **no more than five pages** setting forth:
    - The case that is being removed;
    - The grounds for removal;
        - To the extent that Defendant is seeking removal based on diversity of citizenship, the citizenship of each party;
    - Why removal is timely; and
    - Whether the other defendants have consented to removal.

1

2

For each case Defendant is removing, Defendant must also file a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

**SO ORDERED.**

Dated: March 28, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge