```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARED CHASSEN *et al.*,

                Plaintiffs,

      -v-

JEFFREY SIMPSON *et al.*,

                Defendants.

**ORDER**

25-CV-2373 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 18, Plaintiffs in this action appeared and filed a motion to remand. Dkt. Nos. 13–16. Defendant's opposition was due May 2, 2025. That day, a letter from Defendant, who is proceeding pro se, was entered onto the docket, informing the Court that he had retained counsel and requesting a two-week extension of the deadline to reply. Dkt. No. 18. Plaintiffs oppose this extension. Dkt. No. 19.

Defendant's request is **GRANTED**. Opposition to the motion for remand is now due **May 16, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.

**SO ORDERED.**

Dated: May 5, 2025
       New York, New York

                                                   Henry J. Ricardo
                                                   United States Magistrate Judge